```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
WILLIAM HAGEN BROWN,

                Plaintiff,

        - against -                      O R D E R

ANDREW WODESKY and CRAIG TEST            19 Civ. 9612 (NRB)
BORING CO., INC.,

                Defendants.
------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The parties shall complete fact discovery and non-expert depositions by September 15, 2020, exchange expert reports by October 15, 2020, and complete expert depositions by November 15, 2020. The deadline for filing pre-motion letters pursuant to Section 2.B of the Court's Individual Practices is December 15, 2020. Every 60 days, the parties shall jointly update the Court in writing regarding the status of discovery.

       SO ORDERED.

Dated:   New York, New York
         July 13, 2020

                                    NAOMI REICE BUCHWALD
                                UNITED STATES DISTRICT JUDGE